UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL ALEJANDRO PEREZ,**          **Petitioner,**     v.  CLARK E. DUCART,          Respondent. | NO. LA CV 15-08352-VBF (E)  ORDER ACCEPTING FINDINGS,  CONCLUSIONS AND RECOMMENDATIONS  OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation ("R&R") of the United States Magistrate Judge. Further, the Court has engaged in <u>de novo</u> review of those portions of the R&R to which petitioner objected.

     The Court accepts and adopts the Magistrate Judge's R&R.

     The habeas corpus petition is **DENIED** and **DISMISSED** with prejudice.

     Separate final judgment will be entered in favor of respondent and against petitioner.

     The Clerk shall serve copies of this Order, the R&R, and the Judgment on petitioner and on counsel for Respondent.

The Court will rule on a certificate of appealability by separate order.

The Clerk of Court **SHALL TERMINATE AND CLOSE this case (JS-6).**

DATED:  March 17, 2016

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge