# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL ALEJANDRO PEREZ,** | NO. LA CV 15-08352-VBF (E) |
| **Petitioner,** | |
| v. | **FINAL JUDGMENT** |
| CLARK E. DUCART, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against petitioner.

DATED: March 17, 2016

/s/ Valerie Baker Fairbank
VALERIE BAKER FAIRBANK
Senior United States District Judge